# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00816-CV

### In re Tommy M. Adams

### D. K., Sr., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 35TH DISTRICT COURT OF MILLS COUNTY,
### NO. 12-10-6415, THE HONORABLE STEPHEN ELLIS, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of D. K., Sr. The subject of this proceeding is Tommy M. Adams, appellant's attorney.

Appellant filed his notice of appeal on November 12, 2013, and his brief was due January 22, 2014. On January 31, 2014, we ordered counsel to file appellant's brief no later than February 18, 2014. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Tommy M. Adams shall appear in person before this Court on **Tuesday**, **March 18, 2014** at **1:30 p.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in

Austin, Travis County, Texas, to show cause why he should not be held in contempt and have sanctions imposed for his failure to obey our January 31, 2014 order. This order to show cause will be withdrawn and Adams will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief by Friday, March 14, 2014 at 5:00 p.m.

It is ordered on February 25, 2014.


Before Justices Puryear, Goodwin and Field